**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Luis LOPEZ–PEREZ,
Defendant–Appellant.**

**No. 09–10422.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 28, 2010.

Robert Lally Miskell, Assistant U.S., USTU—Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Ramiro Flores, Jr., Flores & Haywood, PLLC, Tucson, AZ, for Defendant–Appellant.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

Jose Luis Lopez–Perez appeals from the 46–month sentence imposed following his guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Lopez–Perez contends that the district court erred by determining that his prior conviction qualifies as a drug trafficking offense under the Sentencing Guidelines. The district court did not err by concluding that Lopez–Perez's conviction under Arizona Revised Statute § 13–3405 for transportation of marijuana for sale is a drug trafficking offense. *See* U.S.S.G. § 2L1.2 cmt. n. 1(B)(iv); *United States v. Martinez–Rodriguez*, 472 F.3d 1087, 1095 (9th Cir.2007) (possession of marijuana for sale is a drug trafficking offense under the Sentencing Guidelines); *see also State v. Chabolla–Hinojosa*, 192 Ariz. 360, 965 P.2d 94, 97 (Ariz.Ct.App.1998) ("transportation" of marijuana necessarily involves the possession of marijuana).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

